UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL RUBEN-JACOB DAVENPORT<br><br>Plaintiff,<br><br>v.<br><br>SACRAMENTO COUNTY CHILD PROTECTIVE SERVICES,<br><br>Defendant. | No.  2:16-cv-472 KJM GGH PS<br><br><br><br>FINDINGS AND RECOMMENDATIONS |

      On June 17, 2016, this court issued an Order granting plaintiff's request to proceed with this action in forma pauperis and directing that an Amended Complaint that met the requirements outlined in that Order was to be filed within 30 days of service of the Order or this court would recommend that the action be dismissed. (ECF # 3)  The Court record reflects that the Order was served by mail on the same day, June 17, 2016.  To date the court has received no Amended Complaint.

      In light of the foregoing IT IS HEREBY RECOMMENDED THAT:

      1.     The Complaint be dismissed with prejudice;

      2.     Judgment be entered against Plaintiff.

      These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1).  Within fourteen days after being served with these findings and recommendations, Plaintiff may file written

1

objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Amended Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order. Turner v. Duncan, 158 F.3d 449, 455 (9th Cir.1998); Martinez v. Ylst, 951 F.2d 1153, 1156-57 (9th Cir. 1991).

Dated: December 8, 2016

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE